JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| STEPHEN MUBANGA, *et al.*,<br>Plaintiffs,<br>v.<br>MARKWAYNE MULLIN,[1] *et al.*,<br>Defendants. | No. 2:25-cv-07086-SVW-AYP<br>~~[PROPOSED]~~ **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable Stephen V. Wilson<br>United States District Judge |

IT IS ORDERED that, pursuant to the separately filed Stipulation for Dismissal, this action is hereby dismissed with prejudice. Each party to bear its own costs, fees, and expenses.

Dated: August 3, 2026

HONORABLE STEPHEN V. WILSON
United States District Judge

[1] Under Federal Rule of Civil Procedure 25(d), Markwayne Mullin, the current Secretary of Homeland Security, is automatically substituted as the proper defendant in this action in place of Kristi Noem.